IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

KEITH A. TERRELL,

                Plaintiff

    VS.

WARDEN PERRY, *et al.*,

                Defendants

NO. 5: 06-CV-78 (WDO)

PROCEEDINGS UNDER 42 U.S.C. §1983
BEFORE THE U. S. MAGISTRATE JUDGE

## ORDER DENYING APPOINTMENT OF COUNSEL

Plaintiff KEITH A. TERRELL has requested this court to provide legal representation for him (Tab #4) in the above-captioned proceeding. Generally speaking, no right to counsel exists in §1983 actions. *Wahl v. McIver*, 773 F. 2d 1169, 1174 (11th Cir. 1985); *Hardwick v. Ault*, 517 F.2d 295, 298 (5th Cir. 1975); *Meckdeci v. Merrell National Laboratories*, 711 F.2d 1510, 1522 n. 19 (11th Cir. 1983); it is a privilege that is only justified by exceptional circumstances. *Fowler v. Jones*, 899 F.2d 1088, 1096 (11th Cir. 1990).

Plaintiff's request is <u>premature</u>. Until a response has been filed on behalf of the defendant(s) and the court has a chance to review that response, the circumstances of this case cannot be properly evaluated. Therefore, after receiving the response(s), the court on its own motion will consider assisting plaintiff in securing legal counsel if and when it becomes apparent that legal assistance is required to avoid prejudice to his rights.

Accordingly, plaintiff's motion for appointment of legal counsel (Tab #4) is **DENIED**.

SO ORDERED, this 22nd day of MARCH, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE